IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES T. FREELAND,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**SACRAMENTO CITY POLICE DEPARTMENT,** et al.,<br><br>                              Defendants. | 2:06-cv-0187 LKK DAD P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

On May 7, 2007, Defendants Perez and Renzelman requested an extension of time to file a responsive pleading. The Court, having considered Defendants' request for an extension of time, and good cause appearing:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including, June 6, 2007, to file their responsive pleading.

DATED: May 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/free0187.36res

1