IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. FREELAND,

    Plaintiff,                               No. CIV S-06-0187 LKK DAD P

    vs.

SACRAMENTO CITY POLICE
DEPARTMENT, et al.,

    Defendants.                      ORDER

/

        On November 30, 2007, defendants filed a motion to compel plaintiff to provide responses, without objection, to the city defendants' Request for Production of Documents and Interrogatories, served on July 10, 2007. Alternatively, in light of plaintiff's failure to provide any response to defendants' discovery requests, they request that the court dismiss this action as to the city defendants.

        On December 5, 2007, plaintiff filed a timely opposition to defendants' motion to compel. Plaintiff explains that he has been in and out of custody and has not been able to access his legal papers. Plaintiff assures the court that he will respond to defendants' discovery requests once he has all of his legal documents.

        Good cause appearing, the court will grant defendants' motion to compel in part and order plaintiff to respond to defendants' discovery requests within a reasonable period time.

1

In addition, the court will construe plaintiff's opposition as a request for an extension of time and grant plaintiff thirty days from the date of this order to respond to defendants' discovery requests.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' November 30, 2007 motion to compel is granted in part;

2. Plaintiff's December 5, 2007 opposition, construed as a request for an extension of time, is granted; and

3. Plaintiff shall respond to defendants' Request for Production of Documents and Interrogatories, served on July 10, 2007, within thirty days of the date of this order. Failure to comply with this order may result in the imposition of sanctions including dismissal.

DATED: December 10, 2007.

DAD:9
free0187.mtc

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE