IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES T. FREELAND,** | 2:06-cv-0187 LKK DAD P |
| Plaintiff, | |
| v. | **ORDER** |
| **SACRAMENTO CITY POLICE DEPARTMENT,** et al., | |
| Defendants. | |

Defendants Perez and Renzelman have requested an extension of time to serve responses to Plaintiff's first set of interrogatories. Good cause having been found, **IT IS HEREBY ORDERED** that Defendant Perez and Renzelman are granted an extension of time to and including March 20, 2008, to serve responses to Plaintiff's first set of interrogatories.

DATED: February 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/free0187.36disc