IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. FREELAND,

    Plaintiff,   No. CIV S-06-0187 LKK DAD P

    vs.

SACRAMENTO CITY POLICE DEPARTMENT, et al.,

    Defendants.   ORDER
_____/

    Plaintiff has requested an extension of time to file a reply to defendants' opposition to plaintiff's motion to compel discovery. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's May 19, 2008 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve his reply to defendants' opposition to plaintiff's motion to compel discovery.

DATED: May 28, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak
free0187.36