IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES T. FREELAND,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**SACRAMENTO CITY POLICE DEPARTMENT,** et al.,<br><br>                              Defendants. | 2:06-cv-0187 LKK DAD P<br><br>**ORDER** |

Defendants Perez and Renzelman have filed a request for a nunc pro tunc extension of time to serve responses to Plaintiff's second set of interrogatories, request for admissions, and second set of request for production of documents. Good cause having been found, **IT IS HEREBY ORDERED** that Defendants' July 18, 2008 request for a nunc pro tunc extension of time is granted. Defendants shall serve responses to Plaintiff's second set of interrogatories, second set of request for admissions, and second set of request for production of documents on or before August 17, 2008.

DATED: July 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/free0187.36disc(2)