IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES T. FREELAND,**<br><br>                                        Plaintiff,<br><br>     v.<br><br>**SACRAMENTO CITY POLICE DEPARTMENT, et al.,**<br><br>                                        Defendants. | 2:06-cv-0187 LKK DAD P<br><br>**ORDER** |

    Defendants Perez and Renzelman have requested an extension of time to file an opposition to Plaintiff's motion to compel.  Good cause appearing, IT IS HEREBY ORDERED that Defendants Perez and Renzelman are granted an extension of time to and including October 22, 2008, to file their opposition.

DATED: September 25, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/free0187.36opp