IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. FREELAND,

    Plaintiff,  No. CIV S-06-0187 DAD P

    vs.

SACRAMENTO CITY POLICE DEPARTMENT, et al.,

    Defendants.  ORDER
_____/

    Plaintiff, a former county jail inmate proceeding pro se, has filed a civil rights action seeking relief under 42 U.S.C. §1983. Plaintiff's failure to protect claim has survived summary judgment. Before Final Pretrial Conference and Trial are re-scheduled, the court has determined that a mandatory settlement conference should be scheduled. The case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on August 31, 2010, at 9:00 a.m. in Courtroom #25.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. This case is set for a settlement conference before Magistrate Judge Kendall J. Newman on August 31, 2010, at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #25.

    2. Parties shall appear with full settlement authority.

1

1    3. No later than August 24, 2010, the parties are directed to exchange non-
2 confidential settlement statements.  These statements shall simultaneously be delivered to the
3 court using the following email address: kjnorders@caed.uscours.gov.  Plaintiff shall either mail
4 or deliver his settlement statement to the Clerk's Office, located on the 4th Floor.  If a party
5 desires to share additional confidential information with the court, they may do so pursuant to the
6 provisions of Local Rule 270(d) and (e).
7 DATED: June 14, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  DAD:sj
    free0187.med

2