IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. FREELAND,

    Plaintiff,                            No. CIV S-06-0187 DAD P

    vs.

SACRAMENTO CITY POLICE         ORDER
DEPARTMENT, et al.,

    Defendants.
_____/

        On September 1, 2010, this court issued a further scheduling order requiring plaintiff to file a pretrial statement on or before October 22, 2010. Plaintiff has failed to comply with this court's order. The court previously advised the parties that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

        Good cause appearing, IT IS HEREBY ORDERED that within ten days of the date of this order plaintiff shall file a pretrial statement and any motions necessary to obtain the attendance of incarcerated witnesses at trial and shall show cause in writing why sanctions should not be imposed due to his failure to comply with the court's prior order. Failure to do so will result in dismissal of this action.

DATED: October 27, 2010.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:9
free0187.46