Case 2:06-cv-00187-DAD   Document 212   Filed 11/09/10   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. FREELAND,

    Plaintiff,               No. CIV S-06-0187 DAD P

    vs.

SACRAMENTO CITY POLICE DEPARTMENT, et al.,

    Defendants.        ORDER

        Plaintiff, formerly confined at the Sacramento County Main Jail, is proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983.

        On November 5, 2010, defense counsel for defendants Vu, Villegas, Sanchez, and Hansen and defense counsel for defendants Perez and Renzelman filed requests to vacate the dates set for the filing of pretrial statements, pretrial conference, and jury trial in the court's scheduling order because the parties are once again engaged in settlement negotiations. Although an earlier, court mandated, settlement conference proved unsuccessful defense counsel reports that negotiations have resumed at plaintiff's prompting.

        Good cause appearing, the court will temporarily relieve the parties of the obligation to file their pretrial statements and will vacate the current pretrial conference and jury trial dates. However, defense counsel will be ordered to file a status report advising the court of

1

the status of settlement negotiations within thirty days of the date of this order.  Moreover, in light of the age of this case all parties are forewarned that in the event current discussion do not result in a settlement the court intends to reset the vacated dates in such a manner that the case will be tried before the end of March 2011.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' November 5, 2010 motions (Doc. Nos. 210 & 211) are granted;

2. The parties are relieved of the obligation of filing pretrial statements absent further order of the court;

3. Scheduling order dates related to pretrial conference (November 12, 2010) and jury trial (February 7, 2011) are vacated; and

4. Defense counsel for defendants Vu, Villegas, Sanchez, and Hansen and defense counsel for defendants Perez and Renzelman shall file a status report regarding the status of settlement negotiations within thirty days of the date of this order.

DATED: November 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
free0187.sett